```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CAROL ROTH
 7

 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,     )  No. CR-S-03-0144 WBS
13                                )
                 Plaintiff,       )
14                                )  REQUEST TO EXTEND THE SELF
         v.                       )  SURRENDER DATE AND ORDER
15                                )
    CAROL ROTH,                   )
16                                )
                                  )  Judge: Hon. William B. Shubb
17                                )
                 Defendant.       )
18  _____
19
         Ms. Roth was sentenced to three months incarceration on September
20
    16, 2005.  She was ordered to turn herself in to BOP custody on October
21
    14,2005.  She has not yet received formal notification on where she is
22
    to turn herself.  I spoke to Dan Painter at BOP on this date and was
23
    told there might be a health problem that will disqualify her from
24
    being designated to Dublin FCI.  Regardless of whether Ms. Roth's
25
    health problems keep her from being designated to Dublin, the paperwork
26
    to have her designated anywhere will not be completed by tomorrow
27
    according to Mr. Painter at BOP.
28
```

1  I have spoken to Ms. Roth about her health and we believe that the
2 problem BOP is talking about is that she has bulging disc's in her
3 neck.  Ms. Roth advised my secretary on this date that she has been
4 seeing a neck specialist about this problem for the last six months.
5 The doctor has referred her to physical therapy and recently prescribed
6 a traction machine to pull her neck.  She is awaiting delivery of this
7 machine.  It is believed that if she continues the physical therapy and
8 uses the traction machine as prescribed, the problems will be
9 significantly diminished

10  Ms. Roth is requesting that this Court allow her to remain at
11 liberty to continue the ongoing physical therapy and to set a new self
12 surrender date of January 4, 2006 to turn herself in prior to 2 p.m.
13 This will also allow BOP the time in requires to further investigate
14 her medical needs and designate her accordingly.  Counsel undersigned
15 has contacted Kymberly Smith, the Assistant United States Attorney
16 assigned to this case.  Ms. Smith has no objection to this request.

17

18 Dated: October 13, 2005

19                                         Respectfully submitted,

20                                         QUIN DENVIR
                                           Federal Defender
21

22                                         /s/ Linda Harter
                                           _____
23                                         LINDA HARTER
                                           Assistant Federal Defender
24                                         Attorney for Defendant
                                           CAROL ROTH
25

26

27

28

2

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court's previous order of self surrender, set for October 14, 2005, is hereby modified for the new date of self surrender to **January 4, 2006.** If the defendant has not been notified by the Bureau of Prisons by January 4, 2006 as to which facility she is to surrender, she is to surrender to the custody of the United States Marshals at 501 I Street, 5th Floor, Sacramento, California on or before 2:00 p.m. on January 4, 2006.  All previous orders of this court as to the defendants' sentence, conditions of release and self surrender shall remain in full force and effect.

DATED:   October 13, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE