```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CAROL ROTH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROL ROTH,<br><br>           Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. Cr. S 03-144 WBS<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO TERMINATE SUPERVISION PURSUANT TO 18 USC § 3583(E)(1)<br><br>Time:<br>Judge: Hon. William B. Shubb |

**TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND CAROLYN K. DELANEY, EXECUTIVE ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR THE PLAINTIFF:**

    PLEASE TAKE NOTICE that the defendant, Carol Roth, through undersigned counsel, hereby moves the Court to terminate supervision pursuant to 18 U.S.C. § 3583(e)(1).

**I.   FACTS**

Ms. Roth was arrested on April 4, 2003 on federal charges dealing with the distribution 1,4 Butandiol in violation of federal drug laws. Her first appearance in the case was on April 4, 2003.  She was released that same day on an unsecured appearance bond and with pretrial supervision.

Ms. Roth ultimately entered into a plea agreement and was sentenced to a total of three months in BOP custody.  She had been supervised by pretrial services for approximately 30 months without incident.

In October of 2005 Ms. Roth self-surrendered to serve her three month sentence.  Since her release she has maintained steady employment.  She recently had her first child.  She has been supervised for approximately 18 months by the U.S. Probation Office.  Her probation officer is  Toni Ortiz.[1]

During the time she has been on supervision Ms. Roth has followed all the instructions of her probation officer.  She has no fines or special assessments left to pay.  No petitions to violate her supervision have ever been filed.  Her probation officer does not oppose her release from supervision.

**II.   LAW**

18 U.S.C. 3583(e)(1) states that the Court may terminate supervision at any time after the one year if the Court is "satisfied that such action is warranted by the conduct of the defendant" and if such action is in the interests of justice.

This case was Ms. Roth's first involvement with the criminal

---

[1] Toni Ortiz can be reached at the Sacramento probation office by dialing the main number 930-4300.

Motion to Terminate Supervision   -2-

justice system. Ms. Roth's conduct during her 30 months of pretrial supervision and during the nearly 18 months of probation's supervision following her release from custody has been exemplary. She has followed all of her probation officer's instructions, paid her required fines and maintained steady employment. She bought a house during the pendency of this case. She has also maintained a steady relationship during all this time with the same man - and they recently had their first child.

   Ms. Roth respectfully requests that this Court now terminate her supervision.

Dated:  July 9, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    CAROL ROTH

**ORDER DENYING MOTION**

   For the reasons set forth in the United States' opposition to the motion, the court finds that early termination pursuant to the provisions of 18 U.S.C. § 3583(e) is not warranted at this time. According, Carol Roth's motion for an order terminating her supervised release is hereby DENIED.

Dated:  July 26, 2007

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

Motion to Terminate Supervision    -3-