DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CAROL ROTH



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 03-144 WBS |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S AMENDED |
| | ) | NOTICE OF MOTION AND MOTION TO |
| v. | ) | TERMINATE SUPERVISION PURSUANT TO |
| | ) | 18 USC § 3583(E)(1) |
| CAROL ROTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Time: |
| _____ | ) | Judge: Hon. William B. Shubb |

**TO:  McGREGOR W. SCOTT, UNITED STATES ATTORNEY AND CAROLYN K. DELANEY,**

**EXECUTIVE ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR THE**

**PLAINTIFF:**


PLEASE TAKE NOTICE that the defendant, Carol Roth, through

undersigned counsel, hereby moves the Court to terminate supervision

pursuant to 18 U.S.C. § 3583(e)(1).

1

2

**I.   FACTS**

Ms. Roth was arrested on April 4, 2003 on federal charges dealing with the distribution 1,4 Butandiol in violation of federal drug laws. Her first appearance in the case was on April 4, 2003.  She was released that same day on an unsecured appearance bond and with pretrial supervision.

Ms. Roth ultimately entered into a plea agreement and was sentenced to a total of three months in BOP custody.  She had been supervised by pretrial services more than 30 months without incident.

In April of 2006 Ms. Roth self-surrendered to serve her three month sentence.  Since her release she has maintained steady employment.  She recently a child and bought her first home.  She has been supervised for more than 24 months by the U.S. Probation Office. Her probation officer is  Toni Ortiz.[1]

During the time she has been on supervision Ms. Roth has followed all the instructions of her probation officer.  She has no fines or special assessments left to pay.  No petitions to violate her supervision have ever been filed.

***The defendant's probation officer, Toni Ortiz, has no opposition to this request.  Counsel for the government, Carolyn Delaney, has been consulted and has indicated that she has no objection to this request.***

**II.  LAW**

18 U.S.C. 3583(e)(1) states that the Court may terminate supervision at any time after the one year if the Court is "satisfied

---

[1]Toni Ortiz can be reached at the Sacramento probation office by dialing the main number 930-4300.

Motion to Terminate Supervision   -2-

1   that such action is warranted by the conduct of the defendant" and if

2   such action is in the interests of justice.

3        This case was Ms. Roth's first involvement with the criminal

4   justice system.  Ms. Roth's conduct during her 30 months of pretrial

5   supervision and during the two years of probation's supervision

6   following her release from custody has been exemplary.  She has

7   followed all of her probation officer's instructions, paid her required

8   fines and maintained steady employment.  She bought a house during the

9   pendency of this case.  She has also maintained a steady relationship

10  during all this time and has had a child.

11       Last summer the defense moved for termination.  The government

12  opposed termination at that time.  The government's position was that

13  while early termination should be considered for Ms. Roth, the

14  government felt that last summer was too soon to do so.  The government

15  indicated that 24 months of supervision would be more appropriate

16  before the Court considered early termination.  Ms. Roth has how been

17  supervised for nearly 26 months.

18       Ms. Roth respectfully requests that this Court now terminate her

19  supervision.

20

21

22  Dated:   June 13, 2008
                                    Respectfully submitted,
23
                                    DANIEL J. BRODERICK
24                                  Federal Defender

25

26                                  /s/ Linda C. Harter
                                    LINDA C. HARTER
27                                  Chief Assistant Federal Defender
                                    Attorney for Defendant
28                                  CAROL ROTH

Motion to Terminate Supervision    -3-

1

2

3

**O R D E R**

4

    Pursuant to 18 U.S.C. § 3583(e), Carol Roth's supervised release
5
is ordered terminated.  Early termination is warranted based on the
6
conduct of the releasee and is in the interests of justice.
7

8

9
Dated:   June 13, 2008

10

WILLIAM B. SHUBB
11
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion to Terminate Supervision    -4-